UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPENCER HEYSEK,

   Plaintiff,

-vs-                                               CASE NO.:  8:16-CV-00567-MSS-TGW

APIARY INVESTMENT FUND, LLC

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

     Plaintiff, SPENCER HEYSEK, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, SPENCER HEYSEK, and Defendant, APIARY INVESTMENT FUND, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Kimberly A Koves, Esq., Wiand Guerra King, PL, 5505 West Gray St., Tampa, FL 33609; kkoves@wiandlaw.com; Mark D. Stubbs, Esq., Fillmore Spencer, LLC, 3301 North University Avenue, Provo, UT  84604; MStubbs@fslaw.com.

                                      */s/Frank H. Kerney, III, Esquire*
                                      Frank H. Kerney, III, Esquire
                                      Florida Bar #: 88672
                                      Morgan & Morgan, Tampa, P.A.
                                      One Tampa City Center
                                      201 North Franklin Street, 7th Floor
                                      Tampa, FL 33602
                                      Telephone: (813) 223-5505
                                      Facsimile:  (813) 223-5402
                                      fkerney@forthepeople.com
                                      jkneeland@forthepeople.com
                                      amoore2@forthepeople.com
                                      Counsel for Plaintiff